JOHN MAYTON et al., Respondents, v. ORRA M. STICKLES et al., Appellants.— Appeals dismissed for failure to comply with previous order, with $10 motion costs.

In the Matter of the Accounting of ABRAM N. JONES, as Executor of CLARENCE M. FORSTER, Deceased.— Appeal dismissed for failure to comply with previous order, with $10 motion costs.

GENERAL EQUIPMENT MFG. CO., INC., et al., Respondents, v. DANIEL J. CAREY, as Commissioner of Agriculture, Appellant.— Motion granted and appeal dismissed, without costs.

CLAYTON VAN HOUT, Appellant, v. PRICE FIREPLACE HEATER & TANK CORP., et al., Respondents.— Motion granted and appeal dismissed, without costs.

MILDRED F. DUVALL, Appellant, v. HORACE C. ARNOLD et al., Respondents.— Motion granted and appeal dismissed, without costs.

In the Matter of the Accounting of WELLES V. MOOT, as Trustee of HOYT R. SHEHAN, Deceased.— Motion granted and appeal dismissed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES RICHARDS, Appellant.— Motion granted and appeal dismissed.

CHARLES GELIA, JR., Appellant, v. LOUIS A. FISCHER, Respondent. DOLORES GELIA, Appellant, v. LOUIS A. FISCHER, Respondent.— Motion granted and appeal dismissed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MEERS, Appellant.— Motion granted and appeal dismissed.

## FIRST DEPARTMENT, NOVEMBER, 1955.

### (November 1, 1955.)

HERMAN SCHIFFMAN, Respondent, v. SOL Z. COHEN, Appellant, et al., Defendant No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

N. H. LYONS & Co., INC., Appellant, v. EDWARD CORSI, as Industrial Commissioner of the State of New York, Respondent No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [203 Misc. 160.]